UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:  1:13-cv-22696-KMM

BILL COOKE, individually and on
Behalf of others similarly situated,

        Plaintiff,
v.

DIRECTV, LLC,

        Defendant.
_____/

**PLAINTIFF'S NOTICE OF SETTLEMENT**

    Plaintiff, BILL COOKE, hereby notifies this Court that an individual settlement has been reached this day between the parties, pending final execution of settlement documents and releases, which are currently being prepared by the parties.

Dated: January 30, 2014

        Respectfully submitted,

        */s/ Scott D. Owens*
        Scott D. Owens (Fla. Bar No. 0597651)
        Email: scott@scottdowens.com
        SCOTT D. OWENS, P.A.
        664 E. Hallandale Beach Blvd.
        Hallandale, FL 33009
        Telephone: (954) 589-0588
        Facsimile: (954) 337-0666

        *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 30, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.


By: *s/ Scott D. Owens*
      Scott D. Owens, Esq.